# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID W. BEATTY | § | |
| | § | |
| V. | § | CASE NO. 4:08cv404 |
| | § | (Judge Schneider/Judge Mazzant) |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 9, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act should be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. #26) is GRANTED. Defendant shall pay ten thousand seven hundred and forty-nine dollars and seventy-three cents ($10,749.73) as reasonable attorney's fees and costs to the attorney for Plaintiff

**IT IS SO ORDERED.**

**SIGNED this 1st day of July, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE